# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JONAS DILLARD, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 11-00117-KD-B |
| ) | |
| GWENDOLYN ELAINE GARRETT, ) | |
|    Defendant. ) | |

## ORDER

The matter is before the Court on the Plaintiff's March 4, 2011 Notice of Appeal of an order from the U.S. Bankruptcy Court for the Southern District of Alabama. (Doc. 1). Appeals to this Court from the Bankruptcy Court are governed by Rule 8009 of the <u>Federal Rules of Bankruptcy Procedure</u>. In accordance with Rule 8009(a)(1)-(3), it is hereby **ORDERED** that the following briefing schedule is entered:

(1) Appellate shall serve and file a brief within 14 days after entry of the appeal on the docket pursuant to Rule 8007 **(on or before March 18, 2011)**;

(2) Appellee shall serve and file a brief within 14 days after service of the brief of Appellant. If the Appellee has filed a cross appeal, the brief of the Appellee shall contain the issues and argument pertinent to the cross appeal, denominated as such, and the response to the brief of the Appellant.

(3) The Appellant may serve and file a reply brief within 14 days after service of the brief of the Appellee, and if the Appellee has cross-appealed, the Appellee may file and serve a reply brief to the response of the Appellant to the issues presented in the cross appeal within 14 days after service of the reply brief of the appellant.

**DONE** and **ORDERED** this the **10th** day of **March 2011.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**